UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA NEGALHA,<br>individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>    Defendant. | C. A. No. 1:15-cv-10712-LTS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41, the Parties to this action, Plaintiff Jessica Negalha and Defendant Midland Credit Management, Inc., by and through their counsel, hereby stipulate to the dismissal of this action, in its entirety, with prejudice, each party to bear her or its own costs and attorney's fees, and waiving all rights of appeal.

| JESSICA NEGALHA,<br>By her attorney, | MIDLAND CREDIT MANAGEMENT, INC.,<br>By its attorneys, |
|---|---|
| */s/ Raven Moeslinger* | */s/ Cory W. Eichhorn* |
| Raven Moeslinger (BBO# 687956)<br>Nicholas F. Ortiz (BBO# 655135)<br>Law Office of Nicholas F. Ortiz, P.C.<br>99 High Street, Suite 304<br>Boston, MA 02110<br>Phone: (617) 338-9400<br>Email: nfo@mass-legal.com | Ralph T. Lepore, III, BBO# 294420<br>Stephen P. Hall, BBO# 679583<br>Holland & Knight LLP<br>10 Saint James Avenue, 11th Floor<br>Boston MA 02116<br>(617) 573-2700<br>rlepore@hklaw.com<br>stephen.hall@hklaw.com |

                    Cory W. Eichhorn (pro hac vice)
                    HOLLAND & KNIGHT, LLP
                    701 Brickell Ave., Suite 3300
                    Miami, Florida 33131
                    (305) 374-8500
                    Cory.Eichhorn@hklaw.com

Dated:  August 12, 2016

### CERTIFICATE OF SERVICE

      I, Raven Moeslinger, hereby certify that today I caused to be served the within on counsel for the defendant via ECF service.

                    */s/ Raven Moeslinger*
                    _____
                    Raven Moeslinger